## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| Steve Blair, | ) | |
|               Plaintiff. | ) ) ) | |
| v. | ) ) | Case No.: 2:05-CV-02450-KHV-DJW |
| Colorado Hospitality Services, Inc. d/b/a Western Ho Motel, d/b/a First Interstate Inn | ) ) ) ) | |
|               Defendant. | ) ) | |

### ORDER

Now on this 29th day of December, 2005 the court notes Plaintiff's voluntary dismissal (Doc. #14) of separate Defendant U.S. Motels Management, Inc., and noting no objection from Defendant Colorado Hospitality Services, Inc.; it is hereby ORDERED, ADJUDGED and DECREED, Plaintiff's claims against separate Defendant U.S. Motels Management, Inc. are hereby dismissed without prejudice. Plaintiff's claims against Defendant Colorado Hospitality Services, Inc. will continue.

                                                                     s/ Kathryn H. Vratil
                                                                      **Kathryn H. Vratil**
                                                                      **United States District Judge**